UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHERYLE McGLOTHIN,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>   Defendant. | Case No. CV11-10600 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

November 14, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge