UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHERYLE McGLOTHIN, | ) |
| Plaintiff, | ) Case No. CV11-10600 AJW |
| v. | ) **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

November 14, 2012

_____
ANDREW J. WISTRICH
United States Magistrate Judge