1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Cheryle McGlothin

7
                **UNITED STATES DISTRICT COURT**
8
                **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | CHERYLE MCGLOTHIN,              ) Case No.: CV 11-10600 AJW
                                    )
11 |      Plaintiff,                 )  ORDER AWARDING EQUAL
                                    )  ACCESS TO JUSTICE ACT
12 |      vs.                        )  ATTORNEY FEES AND EXPENSES
                                    )  PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,              )  AND COSTS PURSUANT TO 28
     Commissioner of Social Security,)  U.S.C. § 1920
14 |                                 )
          Defendant                  )
15 |                                 )
                                     )
16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $3,500.00 as

20 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

21 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22 DATE:  1/9/2013

23                              _____
24                              THE HONORABLE ANDREW J. WISTRICH
                                UNITED STATES MAGISTRATE JUDGE
25

26

-1-